**Order entered June 3, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01088-CR

**THONG QUOC PHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82314-2021**

## ORDER

Before the Court is appellant's June 2, 2022 second motion for an extension

of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due

by July 5, 2022.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE